Franklin B. Lord, Jr., and Others, as Executors, etc., Appellants, v. The Equitable Life Assurance Society of the United States, Impleaded with Others,

Respondent.— Motion for leave to appeal to the Court of Appeals granted and question certified. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.